*Charles Coleman Miller* and *Walter R. Davies* for appellant.

*Jeremiah F. Connor, Edward P. Lyon* and *William B. Shelton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ.

---

LEWIS H. NASH, as Trustee under the Will of LEWIS HALLOCK, Deceased, Respondent, *v.* JOHN ZIMMER, Appellant.

*Nash* v. *Zimmer,* 165 App. Div. 67, affirmed.
(Argued October 18, 1916; decided November 3, 1916.)

APPEAL from a judgment, entered January 27, 1915, upon an order of the Appellate Division of the Supreme

Court in the second judicial department reversing a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term, and directing judgment in favor of plaintiff upon the merits in an action to set aside and cancel of record a forged assignment of a mortgage. The bond and mortgage were in the hands of plaintiff's attorney who forged an assignment thereof and delivered them to defendant for value. The question was as to who was to suffer for the misconduct of the attorney.

*Robert J. Robeson* for appellant.

*Jeremiah F. Connor, Edward P. Lyon* and *William B. Shelton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ.